IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**LUTHER HINTON, # 30805**                                           **PLAINTIFF**

v.                                                                              CAUSE NO. 1:16CV111-LG-RHW

**MISSISSIPPI DEPARTMENT OF**
**CORRECTIONS INMATE LEGAL**
**ASSISTANCE PROGRAMS, SOUTH**
**MISSISSIPPI CORRECTIONAL**
**INSTITUTION INMATE LEGAL**
**ASSISTANCE PROGRAM, and GIA**
**MCLEOD**                                                                 **DEFENDANTS**

### FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Order issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause be **DISMISSED WITHOUT PREJUDICE** for failure to obey Court Orders and to prosecute.

**SO ORDERED AND ADJUDGED** this the 10th day of August, 2016.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE